JAMES KING, JR. v. NEW JERSEY RACING COMMISSION.

February 25, 1986.

Cross-petition for certification denied. (See 205 *N.J.Super.* 411)

IN THE MATTER OF E.W., K.W., R.W., M.W., AND J.W.

February 25, 1986.

Petition for certification granted.

EDWARD LIPTAK v. HELMUT FRANK, ET UX.

February 25, 1986.

Petition for certification denied. (See 206 *N.J.Super.* 336)

CECELIA O'TOOLE, ET VIR v. SEELIG C. LEWITZ.

February 25, 1986.

Petition for certification denied.